IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMARAH BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No.    07 C 6732 |
| | ) |
| KCA FINANCIAL SERVICES, INC. | )    Judge Grady |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between KCA FINANCIAL SERVICES, INC INFORMATION SOLUTIONS, INC., be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS 28th day of February, 2008.


_____s/Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff


_____s/David Schultz_____
David Schultz
Hinshaw & Culbertson
for Defendant


Name:        LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for:  Plaintiff
Address:     205 N. Michigan Ave., 40th floor
City:        Chicago, Illinois 60601
Telephone:   (312) 222-9028
E-mail:lsmith@lpsmithlaw.com